**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RAETINA TAYLOR,

    Plaintiff,

v.                                                    CV No. 18-562 BRB/CG

JENNIFER BUFORD, et al.,

    Defendants.

## ORDER VACATING STATUS CONFERENCE AND SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel. The Court finds the settlement conference scheduled for **December 19, 2018** at 9:00 a.m. would not be fruitful in reaching a final disposition in this matter.

**IT IS THEREFORE ORDERED** that the **December 19, 2018** settlement conference, and the **December 12, 2018** pre-settlement telephonic status conference, are hereby **VACATED.**

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE